## Sophie Schacht, Plaintiff-Appellant, v. Robert Elliott, Defendant-Appellee.

### Gen. No. 45,389.

John M. Beverly, and J. Theodore Kiggins, for appellant; J. Theodore Kiggins, of counsel; Wyatt Jacobs, for appellees; Robert O. Rooney, and Charles E. Heckler, of counsel. Opinion by Presiding Justice Kiley. Not to be published in full. Opinion filed December 19, 1951; released for publication January 7, 1952.